NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC WILLIAMS,<br><br>                    Plaintiff,<br><br>v.<br><br>DRUG ENFORCEMENT<br>ADMINISTRATION,<br><br>                    Defendant. | Civil Action No.: 12-4769<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on Defendant Drug Enforcement Administration's ("Defendant") motion to dismiss Plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) [ECF No. 24]. Plaintiff opposed the motion [ECF No. 25]. On July 13, 2015, Magistrate Judge Joseph Dickson issued a Report and Recommendation that Defendant's motion be granted [ECF No. 92]. No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Dickson's Report and Recommendation, and for substantially the same reasons stated therein;

IT IS on this __28__ day of __July_____, 2015

**ORDERED** that this Court adopts Judge Dickson's July 13, 2015 Report and Recommendation that Defendant's motion be granted.

IT IS SO ORDERED.

**HON. CLAIRE C. CECCHI**
**United States District Judge**